IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| INVASIX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ASCENT AESTHETICS, LLC, MEGAN HAYES, and SKYLER HAYES,<br><br>    Defendants. | DEFAULT JUDGMENT<br><br>Case No. 1:23-cv-00084-JNP-CMR<br><br>District Judge Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiff Invasix, Inc. and against defendants Ascent Aesthetics, LLC, Megan Hayes, and Skyler Hayes, jointly and severally, in the total amount of $260,717.64, consisting of contract damages in the amount of $225,770, prejudgment interest in the amount of $13,700.97, and attorney fees and costs in the amount of $21,246.67.

DATED November 29, 2023.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge