Jenifer L. Tomchak (10127)
Nicole A. Skolout (10223)
TOMCHAK SKOLOUT LAW
10 West 100 South, Suite 700
Salt Lake City, Utah 84101
Telephone:   (801) 831-4820
jen.tomchak@tomchaklaw.com
nicole.skolout@tomchaklaw.com

*Attorneys for Plaintiff Invasix, Inc. d/b/a InMode*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| INVASIX, INC. d/b/a., INMODE, a Delaware corporation, | **WRIT OF EXECUTION** |
| Plaintiff, | Case No. 1:23-cv-00084-JNP-CMR |
| vs. | Judge Jill N. Parrish |
| MEGAN HAYES, an individual; SKYLER HAYES, an individual; and ASCENT AESTHETICS, LLC, a Utah limited liability company, | Magistrate Judge Cecilia M. Romero |
| Defendants. | |

**TO THE SHERIFF OR CONSTABLE OF CACHE COUNTY:**

1. A judgment has been entered against the judgment debtors.  After calculation of interest, costs, and payments, the judgment debtor owes $265,195.12.

2. You are directed to seize the property identified in paragraph 5(a)-(c) of the Application for Writ of Execution and return it to Plaintiff/Petitioner Invasix, Inc. d/b/a InMode to satisfy $126,600.02 of the judgment.

      3.      You are directed to seize the property identified in paragraph 5(d)-(e) of the Application for Writ of Execution and sell enough of the judgment debtors' non-exempt property to satisfy the remaining amount of the judgment ($138,595.10).

      4.      You are directed to serve this Writ and all attachments on the debtors and on the people named in paragraphs 3 and 5 of the Application for Writ of Execution by personal delivery of such or by mailing a copy to the addresses set forth in paragraphs 3 and 5 of the Application for Writ of Execution.

      5.      The person or entity from whom the property is seized shall cooperate in providing you with an affidavit describing the property seized.  If such individual refuses to cooperate, the individual may be required to pay the costs of any proceedings necessary to obtain the requested information.

      6.      You are to return this Writ within 10 days after receiving it with a signed account of your actions in executing this Writ.

      7.      If the parties having an interest in the property fail to object within 14 days of service of the writ, you may sell the property, providing the proceeds of such sale up to the value of the judgment to Plaintiff and, if any amounts remain after deducting the amount of judgment and the cost of the sale, those amounts to the Defendants.

DATED this ___ day of _____ 2024.

                                    BY THE COURT

                                    _____
                                    Jill N. Parrish
                                    United States District Court Judge