Name:
Address:
City, State, Zip:
Phone:
Email:                              Check your email. You will receive information and
                                    documents at this email address.

I am:

[ ] Plaintiff/Petitioner        [ ] Defendant/Respondent      [ ] Person claiming property
                                                                  interest

[ ] Plaintiff/Petitioner's      [ ] Defendant/Respondent's    [ ] Person claiming property
attorney (Utah Bar #            attorney (Utah Bar # _____)   interest's attorney (Utah
_____)                                                        Bar # _____)

[ ] Plaintiff/Petitioner's      [ ] Defendant/Respondent's    [ ] Person claiming property
LPP (Utah Bar # _____)          LPP (Utah Bar # _____)        interest's LPP (Utah Bar #
                                                              _____)

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, NORTHERN DIVISION**

| | |
|---|---|
| INVASIX, INC. d/b/a., INMODE, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MEGAN HAYES, an individual; SKYLER HAYES, an individual; and ASCENT AESTHETICS, LLC, a Utah limited liability company,<br><br>    Defendants. | **REPLY AND REQUEST FOR HEARING**<br><br>Case No. 1:23-cv-00084-JNP-CMR<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

1. I have read the Notice of Execution and Exemptions form. I understand that I cannot use this form to challenge why the judgment was entered against me. I believe that

    the creditor has improperly seized some of my money or property to pay the judgment.

2. [ ] Statements in the Application for Writ of Execution are wrong because:

_____
_____
_____
_____
_____

3. [ ] The Writ of Execution was not issued correctly because:

_____
_____
_____
_____
_____

4. [ ] All or part of the property is exempt because:

_____
_____
_____
_____
_____

5. [ ] This amount is exempt: $ _____.
6. [ ] I am not the judgment debtor. I claim the following ownership in all or part of the property. (Explain.)

_____
_____
_____
_____
_____

7. [ ] I have attached documents that support my claims.

8. I request a hearing.

**Plaintiff/Petitioner or Defendant/Respondent**

I declare under criminal penalty under the law of Utah that everything stated in this document is true. Signed at _____ (city, and state or country).

Date: _____          Signature: _____

                                       Printed Name: _____

**Attorney or Licensed Paralegal Practitioner of record (if applicable)**

Date: _____          Signature: _____

                                       Printed Name: _____